1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIE WEAVER,                              No.  2:  14-cv-1745 KJM KJN P

12                 Plaintiff,

13          v.                                    FINDINGS AND RECOMMENDATIONS

14    JESSICA GRAVES,

15                 Defendant.

16

17          By an order filed August 27, 2014, plaintiff was ordered to file an in forma pauperis

18    affidavit within thirty days and was cautioned that failure to do so would result in a

19    recommendation that this action be dismissed.  The thirty day period has now expired, and

20    plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.

23          These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after being served with these findings and recommendations, any party may file written

26    objections with the court and serve a copy on all parties.  Such a document should be captioned

27    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

28    objections shall be filed and served within fourteen days after service of the objections.  The

1

1   parties are advised that failure to file objections within the specified time may waive the right to

2   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  October 15, 2014

4

5   We1745.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2